IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACORDA THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-391 (LPS) (CJB) |
| | ) |
| SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

## CONSENT JUDGMENT

WHEREAS, this action for patent infringement has been brought by Plaintiff Acorda Therapeutics, Inc. ("Acorda") against Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries Inc. (collectively, "Sun") for infringement of United States Patent Nos. 8,077,826, 8,354,437, 8,440,703, and 8,663,685 (the "Patents" and such action, the "Litigation"); and

WHEREAS, the parties in the Litigation have entered into a good faith final settlement agreement dated on or about October 15, 2015 to fully settle the Litigation (the "Settlement Agreement");

The Court, upon the consent and request of the parties in the Litigation, hereby acknowledges the following Consent Judgment and, upon due consideration, issues the following Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Subject matter jurisdiction, personal jurisdiction, and venue are all proper in this Court.

2. The Patents are enforceable and valid.

3. Sun has infringed the Patents pursuant to 35 U.S.C. §271(e)(2) by filing Abbreviated New Drug Application No. 208292.

4. Except as and to the extent permitted by the Settlement Agreement, Sun and its Affiliates, including any of its successors and assigns, is enjoined from making, having made, using, selling, offering to sell, importing or distributing any dalfampridine product pursuant to Abbreviated New Drug Application No. 208292, either directly or indirectly, on its own part or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in concert or coordination with Sun or any of its Affiliates, until the license to the Patents provided in the Settlement Agreement becomes effective as set forth in the Settlement Agreement.

5. For purposes of this Consent Judgment, the term "Affiliate" shall have the meaning set forth in the Settlement Agreement.

6. Except to the extent set forth above all claims and counterclaims, affirmative defenses and demands of the Parties in this action are hereby dismissed with prejudice and without costs, disbursements or, except to the extent set forth in the Settlement Agreement, attorneys' fees, to any Party.

7. The Parties each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment.

8. Compliance with this Consent Judgment may be enforced by the Parties and their successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

9. This Court retains jurisdiction over the Parties for purposes of enforcing this Consent Judgment as well as any dispute regarding the Settlement Agreement.

10. The Clerk of the Court is directed to enter this Consent Judgment and Order forthwith.

IT IS SO STIPULATED:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|

*/s/ Jeremy A. Tigan*  */s/ Adam W. Poff*

| Jack B. Blumenfeld (#1014) | Adam W. Poff (#3990) |
|---|---|
| Maryellen Noreika (#3208) | Monté T. Squire (#4764) |
| Jeremy A. Tigan (#5239) | Rodney Square |
| 1201 North Market Street | 1000 North King Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 571-6600 |
| (302) 658-9200 | apoff@ycst.com |
| jblumenfeld@mnat.com | msquire@ycst.com |
| mnoreika@mnat.com | |
| jtigan@mnat.com | B. Jefferson Boggs, Jr. |
| | MERCHANT & GOULD PC |
| Aaron Stiefel | 1701 Duke Street, Suite 310 |
| Daniel P. DiNapoli | Alexandria, VA 22314 |
| KAYE SCHOLER LLP | (703) 684-2500 |
| 425 Park Avenue | |
| New York, NY 10022-3598 | Christopher J. Sorenson |
| (212) 836-8000 | MERCHANT & GOULD PC |
| Aaron.stiefel@kayescholer.com | 3200 IDS Center |
| Daniel.DiNapoli@kayescholer.com | 80 S. Eighth Street |
| | Minneapolis, MN 55402 |
| Sylvia M. Becker | (612) 332-5300 |
| KAYE SCHOLER LLP | |
| 901 Fifteenth Street, N.W. | *Counsel for Defendants* |
| Washington, DC 20005-2327 | |
| (202) 638-3500 | |
| Sylvia.becker@kayescholer.com | |

*Counsel for Plaintiffs*

October 23, 2015
9571036

SO ORDERED:

_____
Chief Judge Leonard P. Stark